IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 11-CR-_248-HO_ |
| v. | INDICTMENT |
| MICHAEL FELIX MAGANA, | 18 U.S.C. § 922(g)(1) |
| | 21 U.S.C. § 841(a)(1) |
| Defendant. | 18 U.S.C. § 924(d) |
| | 28 U.S.C. § 2461(c) |

THE GRAND JURY CHARGES:

COUNT 1

On or about April 19, 2011, in the District and State of Oregon, **MICHAEL FELIX MAGANA**, defendant herein, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, specifically:

(1) On or about May 6, 1999, in United States District Court for the District of Oregon, case number CR 98-573-01-RE, for Bank Fraud;

(2) On or about May 18, 1999, in Multnomah County Circuit Court, State of Oregon, case number 98-11-39555, for Burglary I; and

(3) On or about September 20, 2004, in United States District Court for the District of Oregon, case number CR-04-192-01-HA, for Felon in Possession of a Firearm,

did knowingly and unlawfully possess one or more of the following firearms:

A Charter Arms, .38 caliber revolver, serial number 712929,

A Ruger, .45 caliber pistol, serial number 863-50817,

A Ruger, Mini-14 rifle, serial number 188-84642 ,

Page 1 - INDICTMENT

A Romarm Sar-1, serial number 51-75979-2003,

which had previously been transported in interstate commerce; all in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

On or about April 28, 2011, in the District and State of Oregon, **MICHAEL FELIX MAGANA**, defendant herein, did knowingly and intentionally possess with intent to distribute a quantity of methamphetamine, a Schedule II narcotic controlled substance; all in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 3

On or about April 28, 2011, in the District and State of Oregon, **MICHAEL FELIX MAGANA**, defendant herein, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, specifically:

  (1) On or about May 6, 1999, in United States District Court for the District of Oregon, case number CR 98-573-01-RE, for Bank Fraud;

  (2) On or about May 18, 1999, in Multnomah County Circuit Court, State of Oregon, case number 98-11-39555, for Burglary I; and

  (3) On or about September 20, 2004, in United States District Court for the District of Oregon, case number CR-04-192-01-HA, for Felon in Possession of a Firearm,

did knowingly and unlawfully possess the following firearms:

A Cobra, .380 caliber pistol, serial number FS047177,

which had previously been transported in interstate commerce; all in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in this indictment, defendant, **MICHAEL FELIX MAGANA**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), the firearm(s) and all ammunition involved in that offense, including without limitation:

A Charter Arms, .38 caliber revolver, serial number 712929,

A Ruger, .45 caliber pistol, serial number 863-50817,

A Ruger, Mini-14 rifle, serial number 188-84642,

A Romarm Sar-1, serial number 51-75979-2003,

A Cobra, .380 caliber pistol, serial number FS047177.

Dated this 21 ST day of June, 2011.

A TRUE BILL

OFFICIATING FOREPERSON

Presented by:

DWIGHT C. HOLTON
United States Attorney

FREDRIC N. WEINHOUSE, OSB #77386
Assistant United States Attorney

PAGE 3 - INDICTMENT