**JOHN S. RANSOM**, OSB No. 742655
E-mail: john@ransomblackman.com
RANSOM BLACKMAN LLP
1001 S.W. Fifth Avenue, Suite 1400
Portland, Oregon 97204-1144
Telephone: [503] 228-0487
Facsimile: [503] 227-5984

    Of Attorneys for Defendant Michael Felix Magana

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) |
|     Plaintiff, | ) Nos.  CR 11-248-HA |
| | )        CR 04-192-HA |
| v. | ) |
| | ) **MOTION TO ALLOW** |
| **MICHAEL FELIX MAGANA**, | ) **DEFENDANT TO MARRY** |
| | ) **WHILE IN CUSTODY** |
|     Defendant. | ) |

    Defendant Michael Felix Magana, by and through his counsel, John S. Ransom and Ransom Blackman LLP, moves this Court for an Order allowing defendant to wed his girlfriend, Vanessa Rivera, while in custody.

    The United States Marshal's Office has advised it will set up the wedding if the Court agrees to it.

//

Page 1 -  MOTION TO ALLOW DEFENDANT TO MARRY WHILE IN CUSTODY

Assistant United States Attorney Fred Weinhouse has no objection.

WHEREFORE it is respectfully requested the instant motion be granted.

DATED this 9th day of August, 2011.

        Respectfully submitted,

        RANSOM BLACKMAN LLP


        /s/ JOHN S. RANSOM
        JOHN S. RANSOM
        OSB No. 742655
        [503] 228-0487
        Attorneys for Defendant
        Michael Felix Magana

Page 2 -   MOTION TO ALLOW DEFENDANT TO MARRY WHILE IN CUSTODY

**RANSOM BLACKMAN LLP**
1001 S.W. Fifth Avenue, Suite 1400
Portland, Oregon  97204-1144
Telephone: 503-228-0487
Facsimile: 503-227-5984

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing MOTION TO ALLOW DEFENDANT TO MARRY WHILE IN CUSTODY on the following attorney by electronic case filing a full and correct copy thereof on the 9th day of August, 2011.

>Fredric N. Weinhouse
>Assistant United States Attorney
>1000 S.W. Third Avenue
>Suite 600
>Portland, OR 97204

>RANSOM BLACKMAN LLP


>/s/ JOHN S. RANSOM
>JOHN S. RANSOM
>OSB No. 742655
>[503] 228-0487
>Of Attorneys for Defendant
>Michael Felix Magana

CERTIFICATE OF SERVICE

**RANSOM BLACKMAN LLP**
1001 S.W. Fifth Avenue, Suite 1400
Portland, Oregon 97204-1144
Telephone: 503-228-0487
Facsimile: 503-227-5984