**JOHN S. RANSOM**, **OSB No. 742655**
E-mail: john@ransomblackman.com
RANSOM BLACKMAN LLP
1001 S.W. Fifth Avenue, Suite 1400
Portland, Oregon  97204-1144
Telephone: [503] 228-0487
Facsimile: [503] 227-5984

     Of Attorneys for Defendant Michael Felix Magana

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | **No. CR 11-248-HA** |
| Plaintiff, | ) | |
| | ) | **MOTION TO WITHDRAW** |
| v. | ) | **AS COUNSEL** |
| | ) | |
| **MICHAEL FELIX MAGANA**, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

     John S. Ransom, appointed to represent defendant Michael Felix Magana, moves

the Court for an Order allowing him to withdraw as counsel for Mr. Magana.  Counsel

has filed an identical motion in the companion case *United States v. Michael Felix*

*Magana*, United States District Court Case No. CR 04-192-HA.

//

Page 1 -   MOTION TO WITHDRAW AS COUNSEL

Mr. Magana and counsel have irreconcilable differences regarding certain aspects of the case which are essential to the resolution of the case.

The defendant is in custody.

WHEREFORE it is respectfully requested the instant motion be granted.

DATED this 17th day of October, 2011.

Respectfully submitted,

RANSOM BLACKMAN LLP


/s/ JOHN S. RANSOM_____
JOHN S. RANSOM
OSB No. 742655
[503] 228-0487
Attorneys for Defendant
Michael Felix Magana

RANSOM BLACKMAN LLP
1001 S.W. Fifth Avenue, Suite 1400
Portland, Oregon 97204-1144
Telephone: 503-228-0487
Facsimile: 503-227-5984

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I served the foregoing MOTION TO WITHDRAW AS

COUNSEL on the following attorney by electronic case filing a full and correct copy

thereof on the 17th day of October, 2011.

        Fredric N. Weinhouse
        Assistant United States Attorney
        1000 S.W. Third Avenue
        Suite 600
        Portland, OR 97204

        RANSOM BLACKMAN LLP


        /s/ JOHN S. RANSOM
        JOHN S. RANSOM
        OSB No. 742655
        [503] 228-0487
        Of Attorneys for Defendant
        Michael Felix Magana

**RANSOM BLACKMAN** LLP
1001 S.W. Fifth Avenue, Suite 1400
Portland, Oregon 97204-1144
Telephone: 503-228-0487
Facsimile: 503-227-5984