1  Benjamin B. Kim,
2  Attorney at Law OSB #066426
3  294 Warner Milne Rd.
4  Oregon City, OR 97045
5  Phone: (503) 344-6251
6  E-mail: benkimlaw@me.com
7
8     Attorney for Defendant Michael Felix Magana
9
10
11
12
13
14
15
16              IN THE UNITED STATES DISTRICT COURT
17
18                  FOR THE DISTRICT OF OREGON
19
20                     PORTLAND DIVISION
21
22

**UNITED STATES OF AMERICA,**

                                    Plaintiff,        NO. **3:11-CR-00248-HA-1**

        v.                                            ORDER TO ALLOW
                                                      PSYCHOLOGIST ACCESS TO
                                                      DEFENDANT AT SHERIDAN
                                                      FDC

**MICHAEL FELIX MAGANA,**
                                    Defendant.

23     The court having authorized funds for defendant to retain Donald A. True, Ph.D. to

24  evaluate defendant;

25     IT IS HEREBY ORDERED that Donald A. True, Ph.D., clinical psychologist, shall

26  be allowed access to defendant Michael Felix Magana, US Marshal ID # 63162-065, in order

27  to complete a psychological evaluation of defendant Magana.

1        IT IS FURTHER ORDERED, that Dr. True is authorized to bring such equipment

2    and materials as are necessary to conduct such evaluation, subject to prior approval by the

3    appropriate security personnel at Sheridan FDC.

4        DATED this ____7____ day of AUGUST, 2012.

5

6

7                                    HON. ANCER L. HAGGERTY

8                                    United States District Court Judge